## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bitter Sweet Properties, LP; | : | |
| BSP Inc; Somerset Enterprises Inc. | : | |
| d/b/a Future Building of America; | : | |
| and Ricky A. Kennett, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 1640 C.D. 2016 |
| | : | |
| The City of Farrell; Shenango | : | |
| Valley Economic Development | : | |
| Partnership Committee for and on | : | |
| Behalf of the City of Farrell and also | : | |
| surrounding communities in the | : | |
| Shenango Valley Participating | : | |
| in the Shenango Valley Economic | : | |
| Development Partnership; | : | |
| and Stephen J. Mirizio, Esquire | : | |

## **O R D E R**

NOW, December 28, 2017, having considered appellee Stephen J. Mirizio, Esq.'s application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge